RECEIVED

JUN 09 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-60 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHAD ALAN CRAGHEAD, | ) | T. 18 U.S.C. § 875(d) |
| | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2261A(2)(B) |
| | ) | T. 18 U.S.C. § 2261(b)(5) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or between January 22, 2020 and April 13, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, did knowingly employ, use, persuade, induce, entice, and coerce, or attempt to employ, use, persuade, induce, entice, and coerce, any minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or between January 22, 2020 and January 28, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Cyberstalking)

On or between January 22, 2020, through and including on or about April 13, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, Victim 1, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, Minor Victim 1.

This is a violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Interstate Communications with Intent to Extort)**

On or between January 22, 2020 and April 13, 2020, in the Southern District of Iowa and elsewhere, the defendant, CHAD ALAN CRAGHEAD, knowingly transmitted in interstate commerce from the state of Missouri to the state of Iowa, with the intent to extort from a person money or other things of value, a threat to injure the reputation of another, namely Minor Victim 1; to wit, the defendant sent electronic communications to Minor Victim 1 threatening to disseminate nude images of her if she did not comply with his demands for additional nude images of her.

This is a violation of Title 18, United States Code, Section 875(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 5**</u>
**(Interstate Communications with Intent to Extort)**

On or between January 22, 2020 and January 28, 2020, in the Southern District of Iowa and elsewhere, the defendant, CHAD ALAN CRAGHEAD, knowingly transmitted in interstate commerce from the state of Missouri to the state of Iowa, with the intent to extort from a person money or other things of value, a threat to injure the reputation of another, namely Minor Victim 1; to wit, the defendant sent electronic communications to Minor Victim 2 threatening to disseminate nude images

of Minor Victim 1 if Minor Victim 2 did not comply with his demands for additional

nude images of her.

This is a violation of Title 18, United States Code, Section 875(d).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

1.     The allegations contained in Counts 1 and 2 of this Indictment are

hereby realleged and incorporated by reference for the purpose of alleging forfeitures,

pursuant to the provisions of Title 18, United States Code, Section 2253.

2.     From his engagement in any or all of the violations alleged in Counts 1

and 2 of this Indictment, the defendant, CHAD ALAN CRAGHEAD, shall forfeit to

the United States, pursuant to Title 18, United States Code, Section 2253, all interest

in:

a.     Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 and 2 of this Indictment;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and,

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3.     The property referenced in paragraph 2, subparagraphs a, b, and c above

includes, but is not limited to, computer hardware such as monitors, central

processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney