

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION
Christopher S. Bond Courthouse
80 Lafayette Street, Suite 1212
Jefferson City, Missouri 65101
(573) 636-4015

Transfer of ☐ Criminal Case   or ☑ Magistrate Case

WDMO Case No.: 21-mj-03017-WJE          Case Title: USA v. Chad Alan Craghead

Dear Sir/Madam:

**Pursuant to ☑ F.R.Cr.P. 5    ☐ F.R.Cr.P. 32**
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**   ☐ Supervised Release   ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any),
   and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court


By  s/ A. Geiser _____
       Deputy Clerk

___

### TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e-mail to

                              Clerk, U.S. District Court


Date:_____      By: _____
                                              Deputy Clerk

# U.S. District Court
# Western District of Missouri (Jefferson City)
# CRIMINAL DOCKET FOR CASE #: <u>2:21−mj−03017−WJE</u>−1

Case title: USA v. Craghead

Date Filed: 06/16/2021
Date Terminated: 06/21/2021

Assigned to: Magistrate Judge
Willie J. Epps, Jr

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Chad Alan Craghead**<br>*TERMINATED: 06/21/2021* | represented by | **Steven R Berry**<br>Federal Public Defender's Office − JCMO<br>80 Lafayette Street<br>Suite 1100<br>Jefferson City, MO 65101<br>573−636−8747<br>Email: steven_berry@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community*<br>*Defender Appointment*<br>*Bar Status: Active* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level<br>(Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 18:875D.F, 18:2251A.F,<br>18:2253.F, 18:2261.F | |

**<u>Plaintiff</u>**

| USA | represented by | **Ashley S Turner** |

represented by **Ashley S Turner**
United States Attorney's Office−JCMO
80 Lafayette Street
Suite 2100
Jefferson City, MO 65101
573−634−4363
Fax: 573−634−8723
Email: ashley.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/16/2021 | 1 | | RULE 5 as to Chad Alan Craghead (1). (Geiser, Angel) (Entered: 06/16/2021) |
| 06/16/2021 | 2 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Chad Alan Craghead. Signed on 06/16/2021 by Magistrate Judge Willie J. Epps, Jr.(Geiser, Angel) (Entered: 06/16/2021) |
| 06/16/2021 | 3 | | ARREST WARRANT RETURNED EXECUTED on 6/16/2021 as to Chad Alan Craghead. **Pursuant to the E−Government Act and Federal Rules of Criminal Procedure 49.1(a), access to this document is restricted to case participants and the court.** (Warren, Melissa) (Entered: 06/16/2021) |
| 06/16/2021 | 4 | | NOTICE OF VIDEO HEARING as to Chad Alan Craghead. This is the official notice for this hearing. Initial Appearance − Rule 5 set for Video Teleconference 6/16/2021 02:15 PM before Magistrate Judge Willie J. Epps, Jr. Video Teleconference link will be provided to the parties by email. For the public or media to request court hearing audio access, please email mow_help@mow.uscourts.gov. Signed on 06/16/2021 by Magistrate Judge Willie J. Epps, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 06/16/2021) |
| 06/16/2021 | 5 | | Minute Entry for proceedings held by Video Teleconference before Magistrate Judge Willie J. Epps, Jr: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Chad Alan Craghead held on 6/16/2021. Defendant consents to proceed by video teleconference and has received a copy of the indictment. Defendant advised of the charges, penalties, and rights. Defendant is charged by way of indictment out of the Southern District of Iowa, Case No. 3:21−cr−60. Steven Berry has been appointed to represent the defendant in this matter and will assist the defendant with filling out the Financial Affidavit (CJA 23 form) which will then be filed in ECF. The Government moves to detain. The Court continues Removal/Identity Hearing and Orders the defendant detained pending further proceedings. Removal/Identity Hearing and Detention Hearing scheduled for Monday, June 21, 2021, at 10:00 am. Defendant remanded to the custody of the US Marshal.<br><br>Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence—that is, |

| | | | evidence that favors the defendant or casts doubt on the United States' case—as required by Brady v. Maryland and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Counsel appearing for USA: Ashley Turner. Counsel appearing for Defendant: Steven Berry. Pretrial/Probation Officer: Jennifer Simons. Time in court: 2:14 pm to 2:38 pm. To order a transcript of this hearing please contact Angel Geiser, 573−556−7564. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 06/16/2021) |
|---|---|---|---|
| 06/16/2021 | 6 | | NOTICE OF VIDEO HEARING as to Chad Alan Craghead. This is the official notice for this hearing. Removal/Identity Hearing and Detention Hearing set for Video Teleconference on 6/21/2021 10:00 AM before Magistrate Judge Willie J. Epps, Jr. Video Teleconference link will be provided to the parties by email. For the public or media to request court hearing audio access, please email mow_help@mow.uscourts.gov. Signed on 06/16/2021 by Magistrate Judge Willie J. Epps, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 06/16/2021) |
| 06/17/2021 | 7 | | MOTION for detention hearing by USA as to Chad Alan Craghead. Suggestions in opposition/response due by 7/1/2021 unless otherwise directed by the court. (Turner, Ashley) (Entered: 06/17/2021) |
| 06/21/2021 | 9 | | BOND REPORT as to Chad Alan Craghead. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Edwards, Cheryl) (Entered: 06/21/2021) |
| 06/21/2021 | 10 | | WAIVER of Rule 5(c)(3) Hearings by Chad Alan Craghead. (Geiser, Angel) (Entered: 06/21/2021) |
| 06/21/2021 | 11 | | Minute Entry for proceedings held by Video Teleconference before Magistrate Judge Willie J. Epps, Jr: REMOVAL/IDENTITY HEARING and DETENTION HEARING as to Chad Alan Craghead waived on 6/21/2021. Defendant consents to proceed by video teleconference. The defendant waived his right to his identity hearing and requested that his detention hearing be held in the Southern District of Iowa; written waiver accepted and entered by the Court. Government's motion to detain 7 denied as moot. Defendant to remain in custody. The Court will issue an order directing the United States Marshal for the Western District of Missouri to transport or cause the defendant to be transported forthwith to the Southern District of Iowa, for all further proceedings in this criminal action. Counsel appearing for USA: Ashley Turner. Counsel appearing for Defendant: Steven Berry. Pretrial/Probation Officer: Dylan Nance. Time in court: 10:00 am to 10:05 am. To order a transcript of this hearing please contact Angel Geiser, 573−556−7564. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 06/21/2021) |
| 06/21/2021 | 12 | | ORDER OF REMOVAL to District of Southern District of Iowa as to Chad Alan Craghead. Signed on 06/21/2021 by Magistrate Judge Willie J. Epps, Jr.(Geiser, Angel) (Entered: 06/21/2021) |

RECEIVED

JUN 09 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-60 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHAD ALAN CRAGHEAD, | ) | T. 18 U.S.C. § 875(d) |
| | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2261A(2)(B) |
| | ) | T. 18 U.S.C. § 2261(b)(5) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or between January 22, 2020 and April 13, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, did knowingly employ, use, persuade, induce, entice, and coerce, or attempt to employ, use, persuade, induce, entice, and coerce, any minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or between January 22, 2020 and January 28, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Cyberstalking)

On or between January 22, 2020, through and including on or about April 13, 2020, in the Southern District of Iowa, the defendant, CHAD ALAN CRAGHEAD, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, Victim 1, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, Minor Victim 1.

This is a violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Interstate Communications with Intent to Extort)

On or between January 22, 2020 and April 13, 2020, in the Southern District of Iowa and elsewhere, the defendant, CHAD ALAN CRAGHEAD, knowingly transmitted in interstate commerce from the state of Missouri to the state of Iowa, with the intent to extort from a person money or other things of value, a threat to injure the reputation of another, namely Minor Victim 1; to wit, the defendant sent electronic communications to Minor Victim 1 threatening to disseminate nude images of her if she did not comply with his demands for additional nude images of her.

This is a violation of Title 18, United States Code, Section 875(d).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Interstate Communications with Intent to Extort)

On or between January 22, 2020 and January 28, 2020, in the Southern District of Iowa and elsewhere, the defendant, CHAD ALAN CRAGHEAD, knowingly transmitted in interstate commerce from the state of Missouri to the state of Iowa, with the intent to extort from a person money or other things of value, a threat to injure the reputation of another, namely Minor Victim 1; to wit, the defendant sent electronic communications to Minor Victim 2 threatening to disseminate nude images

of Minor Victim 1 if Minor Victim 2 did not comply with his demands for additional
nude images of her.

This is a violation of Title 18, United States Code, Section 875(d).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

1.      The allegations contained in Counts 1 and 2 of this Indictment are
hereby realleged and incorporated by reference for the purpose of alleging forfeitures,
pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      From his engagement in any or all of the violations alleged in Counts 1
and 2 of this Indictment, the defendant, CHAD ALAN CRAGHEAD, shall forfeit to
the United States, pursuant to Title 18, United States Code, Section 2253, all interest
in:

      a.    Any visual depiction or other matter
containing such visual depiction which was
produced, transported, mailed, shipped,
received, or possessed as alleged in Counts 1
and 2 of this Indictment;

      b.    Any property, real or personal, constituting or
traceable to gross profits or other proceeds
obtained from the offenses alleged in Counts
1 and 2 of this Indictment; and,

      c.    Any property, real or personal, used or
intended to be used to commit or to promote
the commission of the offenses alleged in
Counts 1 and 2 of this Indictment.

3.      The property referenced in paragraph 2, subparagraphs a, b, and c above
includes, but is not limited to, computer hardware such as monitors, central

4

processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By:

Torrie J. Schneider
Assistant United States Attorney

5

8

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-MJ-03017-WJE |
| | ) | |
| CHAD ALAN CRAGHEAD, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER APPOINTING COUNSEL</u>

The United States Magistrate Judge finds that the defendant is financially unable to retain counsel and defendant not having waived counsel, it is

ORDERED that the Federal Public Defender's Office, 80 Lafayette, Jefferson City, Missouri 65101, telephone number (573) 636-8747, is appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge

June 16, 2021
Jefferson City, Missouri

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender (jennifer_hauck@fd.org, steven_berry@fd.org,
troy_stabenow@fd.org), Ashley S Turner (amanda.manns@usdoj.gov, ashley.turner@usdoj.gov,
caseview.ecf@usdoj.gov, corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov), Magistrate Judge
Willie J. Epps, Jr (angel_geiser@mow.uscourts.gov, beth_karp@mow.uscourts.gov,
lindsay_vangerpen@mow.uscourts.gov, willie_epps@mow.uscourts.gov)
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:7439327@mow.uscourts.gov
Subject:Activity in Case 2:21-mj-03017-WJE USA v. Craghead Notice of Hearing
```
Content−Type: text/html

## U.S. District Court

## Western District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 6/16/2021 at 1:33 PM CDT and filed on 6/16/2021

**Case Name:**     USA v. Craghead
**Case Number:**    2:21−mj−03017−WJE
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
 NOTICE OF VIDEO HEARING as to Chad Alan Craghead. This is the official notice for this
hearing. Initial Appearance − Rule 5 set for Video Teleconference 6/16/2021 02:15 PM before
Magistrate Judge Willie J. Epps, Jr. Video Teleconference link will be provided to the parties
by email. For the public or media to request court hearing audio access, please email
mow_help@mow.uscourts.gov. Signed on 06/16/2021 by Magistrate Judge Willie J. Epps, Jr.
This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel)

**2:21−mj−03017−WJE−1 Notice has been electronically mailed to:**

Federal Public Defender    troy_stabenow@fd.org, jennifer_hauck@fd.org, steven_berry@fd.org

Ashley S Turner    ashley.turner@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.manns@usdoj.gov,
corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov

**2:21−mj−03017−WJE−1 It is the filer's responsibility for noticing the following parties by other means:**

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender (jennifer_hauck@fd.org, steven_berry@fd.org,
troy_stabenow@fd.org), Ashley S Turner (amanda.manns@usdoj.gov, ashley.turner@usdoj.gov,
caseview.ecf@usdoj.gov, corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov), Magistrate Judge
Willie J. Epps, Jr (angel_geiser@mow.uscourts.gov, beth_karp@mow.uscourts.gov,
lindsay_vangerpen@mow.uscourts.gov, willie_epps@mow.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7439538@mow.uscourts.gov
Subject:Activity in Case 2:21-mj-03017-WJE USA v. Craghead Initial Appearance Rule
5(c)(3)prev Rule 40
Content−Type: text/html
```

## U.S. District Court

### Western District of Missouri

**Notice of Electronic Filing**

The following transaction was entered on 6/16/2021 at 3:00 PM CDT and filed on 6/16/2021

| | |
|---|---|
| **Case Name:** | USA v. Craghead |
| **Case Number:** | 2:21−mj−03017−WJE |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**

 Minute Entry for proceedings held by Video Teleconference before Magistrate Judge Willie J. Epps, Jr: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Chad Alan Craghead held on 6/16/2021. Defendant consents to proceed by video teleconference and has received a copy of the indictment. Defendant advised of the charges, penalties, and rights. Defendant is charged by way of indictment out of the Southern District of Iowa, Case No. 3:21−cr−60. Steven Berry has been appointed to represent the defendant in this matter and will assist the defendant with filling out the Financial Affidavit (CJA 23 form) which will then be filed in ECF. The Government moves to detain. The Court continues Removal/Identity Hearing and Orders the defendant detained pending further proceedings. Removal/Identity Hearing and Detention Hearing scheduled for Monday, June 21, 2021, at 10:00 am. Defendant remanded to the custody of the US Marshal.

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence──that is, evidence that favors the defendant or casts doubt on the United States' case──as required by Brady v. Maryland and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Counsel appearing for USA: Ashley Turner. Counsel appearing for Defendant: Steven Berry. Pretrial/Probation Officer: Jennifer Simons. Time in court: 2:14 pm to 2:38 pm. To order a transcript of this hearing please contact Angel Geiser, 573−556−7564. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel)

**2:21−mj−03017−WJE−1 Notice has been electronically mailed to:**

Federal Public Defender     troy_stabenow@fd.org, jennifer_hauck@fd.org, steven_berry@fd.org

Ashley S Turner     ashley.turner@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.manns@usdoj.gov, corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov

**2:21−mj−03017−WJE−1 It is the filer's responsibility for noticing the following parties by other means:**

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Steven R Berry (jennifer_hauck@fd.org, steven_berry@fd.org), Ashley S
Turner (amanda.manns@usdoj.gov, ashley.turner@usdoj.gov, caseview.ecf@usdoj.gov,
corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov), Magistrate Judge Willie J. Epps, Jr
(angel_geiser@mow.uscourts.gov, beth_karp@mow.uscourts.gov,
lindsay_vangerpen@mow.uscourts.gov, willie_epps@mow.uscourts.gov)
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:7439543@mow.uscourts.gov
Subject:Activity in Case 2:21-mj-03017-WJE USA v. Craghead Notice of Hearing
```
Content−Type: text/html

**U.S. District Court**

**Western District of Missouri**

**Notice of Electronic Filing**

The following transaction was entered on 6/16/2021 at 3:03 PM CDT and filed on 6/16/2021

| | |
|---|---|
| **Case Name:** | USA v. Craghead |
| **Case Number:** | 2:21−mj−03017−WJE |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **NOTICE OF VIDEO HEARING as to Chad Alan Craghead.** This is the official notice for this hearing. **Removal/Identity Hearing and Detention Hearing set for Video Teleconference on 6/21/2021 10:00 AM before Magistrate Judge Willie J. Epps, Jr. Video Teleconference link will be provided to the parties by email. For the public or media to request court hearing audio access, please email mow_help@mow.uscourts.gov. Signed on 06/16/2021 by Magistrate Judge Willie J. Epps, Jr.** This is a TEXT ONLY ENTRY. No document is attached. **(Geiser, Angel)**

**2:21−mj−03017−WJE−1 Notice has been electronically mailed to:**

Steven R Berry     steven_berry@fd.org, jennifer_hauck@fd.org

Ashley S Turner     ashley.turner@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.manns@usdoj.gov, corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov

**2:21−mj−03017−WJE−1 It is the filer's responsibility for noticing the following parties by other means:**

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 21-03017-MJ-WJE |
| **CRAIG ALAN CRAGHEAD**, | |
| Defendant. | |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**
**AND CONTINUANCE OF HEARING DATE**

COMES NOW the United States of America, by and through Teresa A. Moore, the Acting

United States Attorney for the Western District of Missouri, and moves the Court, pursuant to Title

18, United States Code, Section 3142, to detain the Defendant, Craig Alan Craghead, without bond

pending trial on the instant matter.   The Government also moves for a continuance of three (3)

days for a hearing on this Motion as provided in Title 18, United States Code, Section 3142(f).

    **A.**    **Grounds for the Motion**

In support of the motion to detain, the Government asserts as follows:

(1)    There is probable cause to believe that the Defendant committed five felonies, as

an Indictment was returned on or about June 9, 2021, charging the Defendant with two counts of

production of child pornography in violation of 18 U.S.C. 2251(a), cyberstalking in violation of

18 U.S.C. 2261A(2)(B), and two counts of interstate communications with intent to extort.

(2)    As charged in Counts 1 and 2, the Defendant faces a minimum term of

imprisonment of fifteen (15) years, a maximum term of imprisonment of thirty (30) years, and a

fine of up to $250,000.

(3)     The Indictment charges the Defendant with a felony "involving a minor victim under section 2251(a)."   18 U.S.C. § 3142(f)(1)(E).

(4)     The Government hereby requests that the Court hold a hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the Defendant, the safety of any other person, or the safety of the community.   18 U.S.C. § 3142(f)(1)(E).

(5)     Moreover, the Government asserts that the particular facts of this investigation show that he is a danger to the community, that he is not amenable to supervision, and is a flight risk.   Specifically, the defendant, who was a teacher and track coach, created a false identity of a teenage boy to induce two minor females to produce pornographic images of themselves.   The defendant then used a second false identity to extort the minor females into continuing to produce pornographic images by threatening to disburse the images to their friends and family.   The defendant's actions caused a great deal of emotional distress to the minor females.   A search warrant to SnapChat revealed the defendant was speaking with multiple minor females and contained multiple images of self-produced child pornography.

(6)     The Government submits that there is clear and convincing evidence that there are no conditions which the Court could place on the Defendant's release which would reasonably assure his future appearance in Court and the safety of the community.   *See* 18 U.S.C. § 3142(g)(1).   Among the factors the Court may consider are: (1) the nature and circumstances of the offense, including whether the offense involves minor; (2) the weight of the evidence; (3) the history and characteristics of the Defendant, including character, lack of employment, past conduct, criminal history, history related to drug or alcohol abuse, whether the Defendant was on probation/parole at the time of the arrest or when the offense occurred, his conduct while on release

2

on earlier charges, and also while confined; and (4) the nature and seriousness of the danger to the community to any person a release of the Defendant might pose. Because of all these considerations and more, the Government requests that a detention hearing be held and that the Defendant be detained. *See generally, United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir. 1986); *United States v. Warren*, 787 F.2d 1237, 1338 (8th Cir. 1986).

(7)     The Government reserves the right at the hearing to further expand its claims that the Defendant is both a risk of flight and a danger to the community, and that no conditions or set of conditions can ensure his appearance or the community's safety. The Government may file an additional motion detailing additional factors once the pretrial report has been completed, and the Defendant's criminal history is more particularly set forth.

(8)     The Government requests three (3) days to prepare for the hearing to be set pursuant to the instant motion. *See* 18 U.S.C § 3142(f). The Defendant can ask for additional time. *Id*.

**B.     Relief: Request for Detention.**

For all of the reasons set forth above, the Government requests that the Court detain the Defendant without bond based on dangerousness and risk of flight, and find that no condition or set of conditions can both assure the Defendant's appearance at trial and the safety of the community.

Respectfully submitted,

**Teresa A. Moore**
Acting United States Attorney

By              /S/

**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 17, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri.

_____/S/_____
**Ashley S. Turner**
Assistant United States Attorney

4

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:21-mj-0 1-3017-WJE |
| | ) | |
| CHAD ALAN CRAGHEAD | ) | Charging District's Case No.    3:21-cr-60 |
| *Defendant* | ) | |
| | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Southern District of Iowa

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
       unless I am indicted — to determine whether there is probable cause to believe that an offense has
       been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☒    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
     be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
     by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:       6/18/2021                          _____Chad Craghead_____
                                                       *Defendant's signature*

                                               _____Steven R. Berry_____
                                                  *Signature of defendant's attorney*

                                                       Steven R. Berry
                                                  *Printed name of defendant's attorney*

MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Steven R Berry (jennifer_hauck@fd.org, steven_berry@fd.org), Ashley S
Turner (amanda.manns@usdoj.gov, ashley.turner@usdoj.gov, caseview.ecf@usdoj.gov,
corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov), Magistrate Judge Willie J. Epps, Jr
(angel_geiser@mow.uscourts.gov, beth_karp@mow.uscourts.gov,
lindsay_vangerpen@mow.uscourts.gov, willie_epps@mow.uscourts.gov)
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:7442375@mow.uscourts.gov
Subject:Activity in Case 2:21-mj-03017-WJE USA v. Craghead Order on motion for detention
hearing
Content−Type: text/html

## U.S. District Court

## Western District of Missouri

## Notice of Electronic Filing


The following transaction was entered on 6/21/2021 at 11:17 AM CDT and filed on 6/21/2021

| | |
|---|---|
| **Case Name:** | USA v. Craghead |
| **Case Number:** | 2:21−mj−03017−WJE |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held by Video Teleconference before Magistrate Judge Willie J. Epps, Jr: REMOVAL/IDENTITY HEARING and DETENTION HEARING as to Chad Alan Craghead waived on 6/21/2021. Defendant consents to proceed by video teleconference. The defendant waived his right to his identity hearing and requested that his detention hearing be held in the Southern District of Iowa; written waiver accepted and entered by the Court. Government's motion to detain [7] denied as moot. Defendant to remain in custody. The Court will issue an order directing the United States Marshal for the Western District of Missouri to transport or cause the defendant to be transported forthwith to the Southern District of Iowa, for all further proceedings in this criminal action. Counsel appearing for USA: Ashley Turner. Counsel appearing for Defendant: Steven Berry. Pretrial/Probation Officer: Dylan Nance. Time in court: 10:00 am to 10:05 am. To order a transcript of this hearing please contact Angel Geiser, 573−556−7564.** This is a TEXT ONLY ENTRY. No document is attached. **(Geiser, Angel)**


**2:21−mj−03017−WJE−1 Notice has been electronically mailed to:**

Steven R Berry     steven_berry@fd.org, jennifer_hauck@fd.org

Ashley S Turner    ashley.turner@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.manns@usdoj.gov,
corinn.hake@usdoj.gov, tracey.peters2@usdoj.gov

**2:21−mj−03017−WJE−1 It is the filer's responsibility for noticing the following parties by other means:**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION


UNITED STATES OF AMERICA, )
)
Plaintiff, ) Western District of Missouri
) Case No. 2:21-mj-03017-WJE
v. )
) Southern District of Iowa,
CHAD ALAN CRAGHEAD ) Case No. 3:21-cr-60
)
Defendant. )


## O R D E R

On June 21, 2021, Defendant Chad Alan Craghead appeared with appointed counsel on the above case on an arrest warrant issued by the United States District Court for the Southern District of Iowa. Defendant intentionally, knowingly, and voluntarily waived identity, removal, and detention hearings in this District as indicated in the signed waiver. The defendant requests the detention hearing be deferred to allow such hearing to be held in the Southern District of Iowa. It is, therefore,

ORDERED that the United States Marshal for the Western District of Missouri is directed to transport or cause the defendant to be transported forthwith to the Southern District of Iowa for all further proceedings in this criminal action.


 */s/ Willie J. Epps, Jr.*
Willie J. Epps, Jr.
U.S. Magistrate Judge


Date: June 21, 2021
Jefferson City, Missouri